# EXHIBIT A



EX. A-2

IXL Math > Pre-K > Count to 10 > Count dots (up to 10) - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites
Address http://www.ixl.com/math/practice/pre-k-count-dots-to-10
Username
Password
Sign in
Remember me
Practice
Reports
Awards
State Standards
Membership
Pre-K skills
Count to 3
Count dots (up to 3)
Count shapes (up to 3)
Count objects (up to 3)
Represent numbers (up to 3)
Count to 5
Count dots (up to 5)
Count shapes (up to 5)
Count objects (up to 5)
Represent numbers (up to 5)
Count to 10
Count dots (up to 10)
Count shapes (up to 10)
Count objects (up to 10)
Represent numbers (up to 10)
Count to 20
Count dots (up to 20)
Count shapes (up to 20)
Count objects (up to 20)
Represent numbers (up to 20)
Comparing
Practice >> Pre-K >> Count to 10: Count dots (up to 10)
How many dots are there?
Problems attempted
0
Time elapsed
00 00 01
SmartScore out of 100
0
Company Information | Terms of Service | Technical Support | Tell us what you think | Contact Us
Done
Internet