# EXHIBIT E

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,596,291
Registered Mar. 24, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# IXL

QUIA CORPORATION (CALIFORNIA CORPORATION)
SUITE 650
777 MARINERS ISLAND BLVD.
SAN MATEO, CA 94404

FOR: EDUCATIONAL SERVICES, NAMELY, ON-LINE INSTRUCTION IN THE FIELDS OF MATH, SCIENCE, ENGLISH AND FOREIGN LANGUAGES FOR USE IN THE K-12 EDUCATIONAL MARKET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-24-2007; IN COMMERCE 12-24-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-421,431, FILED 3-13-2008.

HEATHER THOMPSON, EXAMINING ATTORNEY

EX. E-2