# EXHIBIT P

Document Description: **Application**
Mail / Create Date: **13-Jan-2010**

[Previous Page]   [Next Page]   You are currently on page 1 of 2   

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77911002
Filing Date: 01/13/2010

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77911002 |
| **MARK INFORMATION** | |
| *MARK | iXL |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | iXL |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | MATTEL, INC. |
| *STREET | 333 CONTINENTAL BOULEVARD |
| INTERNAL ADDRESS | M1-1518 |
| *CITY | EL SEGUNDO |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 90245 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |

EX. P-2

http://tmportal.uspto.gov/external/PA_1_0_LT/OpenServletWindow?serialNumber=77911...   4/30/2010

| GOODS AND/OR SERVICES AND BASIS INFORMATION ||
|---|---|
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | COMPUTER SOFTWARE FOR USE WITH CHILDREN'S HANDHELD LEARNING SYSTEM |
| FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 028 |
| *IDENTIFICATION | CHILDREN'S EDUCATIONAL TOYS AND DEVICES, NAMELY, HANDHELD LEARNING SYSTEMS FEATURING INTERACTIVRE DIGITAL BOOKS, GAMES, ART ACTIVITIES, MUSIC PLAYERS, WRITING TOOLS AND PHOTO ALBUMS |
| FILING BASIS | SECTION 1(b) |
| ATTORNEY INFORMATION ||
| NAME | DONALD AIKEN |
| FIRM NAME | MATTEL, INC. |
| STREET | 333 CONTINENTAL BOULEVARD |
| INTERNAL ADDRESS | M1-1518 |
| CITY | EL SEGUNDO |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90245 |
| PHONE | 310-252-5912 |
| OTHER APPOINTED ATTORNEY | MICHAEL MOORE, IRENE CHONG |
| CORRESPONDENCE INFORMATION ||
| NAME | DONALD AIKEN |
| FIRM NAME | MATTEL, INC. |
| STREET | 333 CONTINENTAL BOULEVARD |
| INTERNAL ADDRESS | M1-1518 |
| CITY | EL SEGUNDO |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90245 |

EX. P-3

| PHONE | 310-252-5912 |
|---|---|
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 650 |
| *TOTAL FEE PAID | 650 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /donald b. aiken/ |
| SIGNATORY'S NAME | DONALD AIKEN |
| SIGNATORY'S POSITION | ATTORNEY OF RECORD |
| DATE SIGNED | 01/13/2010 |

EX. P-4

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77911002
Filing Date: 01/13/2010

## To the Commissioner for Trademarks:

**MARK:** iXL (Standard Characters, see mark)
The literal element of the mark consists of iXL.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, MATTEL, INC., a corporation of Delaware, having an address of
    M1-1518,
    333 CONTINENTAL BOULEVARD
    EL SEGUNDO, California 90245
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 009:  COMPUTER SOFTWARE FOR USE WITH CHILDREN'S HANDHELD LEARNING SYSTEM
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 028:  CHILDREN'S EDUCATIONAL TOYS AND DEVICES, NAMELY, HANDHELD LEARNING SYSTEMS FEATURING INTERACTIVRE DIGITAL BOOKS, GAMES, ART ACTIVITIES, MUSIC PLAYERS, WRITING TOOLS AND PHOTO ALBUMS
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant hereby appoints DONALD AIKEN and MICHAEL MOORE, IRENE CHONG of MATTEL, INC.
    M1-1518
    333 CONTINENTAL BOULEVARD
    EL SEGUNDO, California 90245
    United States
to submit this application on behalf of the applicant.
Correspondence Information: DONALD AIKEN
                      MATTEL, INC.
                      M1-1518
                      333 CONTINENTAL BOULEVARD
                      EL SEGUNDO, California 90245
                      310-252-5912(phone)

EX. P-5

A fee payment in the amount of $650 has been submitted with the application, representing payment for 2 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /donald b. aiken/   Date Signed: 01/13/2010
Signatory's Name: DONALD AIKEN
Signatory's Position: ATTORNEY OF RECORD


RAM Sale Number: 757
RAM Accounting Date: 01/14/2010

Serial Number: 77911002
Internet Transmission Date: Wed Jan 13 14:35:17 EST 2010
TEAS Stamp: USPTO/BAS-63.100.125.21-2010011314351783
0279-77911002-460b332ff61645faac49f62894
51b92158-DA-757-20100113124519468809

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.
- **Technical help**: For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.
- **Questions about USPTO programs**: Please e-mail USPTO Contact Center (UCC).

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*   EX. P-6

http://tmportal.uspto.gov/external/PA_1_0_LT/OpenServletWindow?serialNumber=77911...   4/30/2010