# EXHIBIT Q

**K&L | GATES**

K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111

T 415.882.8200   www.klgates.com

Kathryn M. Wheble
T 415.249.1045
F 415.882.8220
kathrynw.wheble@klgates.com

April 7, 2010

**Via Federal Express**

Donald Aiken, Esq.
Mattel, Inc.
M1-1518 333 Continental Boulevard
El Segundo, CA 90245

RE:   **Quia Corporation / IXL Trademark**

Dear Mr. Aiken:

I am writing on behalf of Quia Corporation ("Quia"). Quia owns rights for its mark **IXL**, including Registration No. 3,596,291. A copy of Quia's registration certificate is enclosed. Quia has made extensive use of its mark in commerce in connection with the advertising, promotion, and sale of its online educational instruction products and services. Due to its widespread use, advertising, and extensive marketing, its mark has become a well-known and distinctive symbol of Quia's goodwill.

We have learned that Mattel recently began using the name iXL and has applied to register the term under Application Serial No. 77911002. As Quia is interested in avoiding any conflicts relating to its mark, we ask that you provide us with the following information to help us evaluate this matter further:

1.  A detailed description of the nature of all products and/or services with which Mattel has used, or intends to use, the name iXL.

2.  Any basis on which Mattel claims to have rights to use the name iXL.

3.  Samples of packaging, advertising materials, brochures, or other materials showing the manner in which the name iXL, or any similar names are used.

4.  The date on which Mattel, or any predecessor in interest or affiliate, began using the name iXL, or any similar names.

5.  The geographic area in which Mattel, or any predecessor in interest or affiliate, has used, or plan to use, the name iXL, or any similar names.

SF-207863 v1

EX. Q-2

**K&L|GATES**

Donald Aiken, Esq.
Mattel, Inc.
April 7, 2010
Page 2

6. The approximate amount of advertising expenditures incurred in connection with the promotion of products or services offered under the name iXL or any similar names, and the approximate amount of sales volume for such products and services.

7. The date on which Mattel first became aware of Quia's mark IXL.

8. Copies of any trademark applications filed or registrations obtained by Mattel for the name iXL, or any similar names.

We trust that you will understand and appreciate our request for the foregoing information and we look forward to your prompt response.

Sincerely,

Kathryn M. Wheble

Enc.

cc: Paul Mishkin

EX. Q-3