# EXHIBIT R

Document Description: **TEAS Express Abandonment**
Mail / Create Date: **19-Apr-2010**



PTO Form 2202 (Rev 9/2004)
OMB No. 0651-0054 (Exp 09/30/2011)

# Request for Express Abandonment

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77911002 |
| LAW OFFICE ASSIGNED | LAW OFFICE 115 |
| PUBLISH FOR OPPOSITION DATE | 00/00/0000 |
| MARK SECTION | |
| MARK | IXL |
| REQUEST FOR EXPRESS ABANDONMENT SECTION | |
| STATEMENT | The applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. |
| SIGNATURE SECTION | |
| SIGNATURE | /donald b. aiken/ |
| SIGNATORY NAME | DONALD AIKEN |
| SIGNATORY DATE | 04/19/2010 |
| SIGNATORY POSITION | ATTORNEY OF RECORD |
| AUTHORIZED SIGNATORY | YES |
| FILING INFORMATION SECTION | |
| SUBMIT DATE | Mon Apr 19 14:51:18 EDT 2010 |
| TEAS STAMP | USPTO/REA-63.100.125.21-2 0100419145118537470-77911 002-46075945728c2482122a5 d2f9db414f175-N/A-N/A-201 00419142403892463 |

EX. R-2

PTO Form 2202 (Rev 9/2004)
OMB No 0651-0054 (Exp 09/30/2011)

# Request for Express Abandonment

To the Commissioner for Trademarks:

**MARK:** IXL
**SERIAL NUMBER:** 77911002

By submission of this request, the applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. Except as provided in 37 C.F.R Section 2.135. (concerning the commencement of an opposition, concurrent use, or interference proceeding), the fact that an application has been expressly abandoned shall not, in any proceeding in the United State Patent and Trademark Office, affect any right that the applicant may have in the mark which is the subject of the abandoned application.

Signature: /donald b. aiken/     Date: 04/19/2010
Signatory's Name: DONALD AIKEN
Signatory's Position: ATTORNEY OF RECORD

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 77911002
Internet Transmission Date: Mon Apr 19 14:51:18 EDT 2010
TEAS Stamp: USPTO/REA-63.100.125.21-2010041914511853
7470-77911002-46075945728c2482122a5d2f9d
b414f175-N/A-N/A-20100419142403892463

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

EX. R-3

*If you need help:*

http://tmportal.uspto.gov/external/PA_1_0_LT/OpenServletWindow?serialNumber=77911...   4/30/2010

- **General trademark information**: Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.
- **Technical help**: For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.
- **Questions about USPTO programs**: Please e-mail USPTO Contact Center (UCC).

**NOTE**: Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.

**EX. R-4**