# EXHIBIT S

Document Description: **Application**
Mail / Create Date: **19-Apr-2010**

[Previous Page]  [Next Page]  You are currently on page 1 of 2

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85017208
Filing Date: 04/19/2010

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85017208 |
| **MARK INFORMATION** | |
| *MARK | iXL |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | iXL |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | MATTEL, INC. |
| *STREET | 333 CONTINENTAL BOULEVARD |
| INTERNAL ADDRESS | M1-1518 |
| *CITY | EL SEGUNDO |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 90245 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |

EX. S-2

| GOODS AND/OR SERVICES AND BASIS INFORMATION ||
|---|---|
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | HANDHELD MOBILE COMPUTER INCORPORATING A MUSIC PLAYER, CAMERA, DIGITAL NOTEBOOK AND ELECTRONIC PHOTO ALBUM; COMPUTER SOFTWARE FOR USE IN READING ELECTRONIC BOOKS, PLAYING COMPUTER GAMES, CREATING AND VIEWING ART, PLAYING MUSIC, WORD PROCESSING, AND CREATING AND VIEWING PHOTO ALBUMS, ALL FOR A HANDHELD MOBILE COMPUTER |
| FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 028 |
| *IDENTIFICATION | TOYS AND GAMES, NAMELY, HANDHELD GAMES WITH LCD DISPLAY FOR READING ELECTRONIC BOOKS, PLAYING COMPUTER GAMES, CREATING AND VIEWING ART AND PHOTO ALBUMS, PLAYING MUSIC AND WORD PROCESSING |
| FILING BASIS | SECTION 1(b) |
| ATTORNEY INFORMATION ||
| NAME | DONALD AIKEN |
| FIRM NAME | MATTEL, INC. |
| STREET | 333 CONTINENTAL BOULEVARD |
| INTERNAL ADDRESS | M1-1518 |
| CITY | EL SEGUNDO |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90245 |
| PHONE | 310-252-5912 |
| OTHER APPOINTED ATTORNEY | MICHAEL MOORE |
| CORRESPONDENCE INFORMATION ||
| NAME | DONALD AIKEN |
| FIRM NAME | MATTEL, INC. |
| STREET | 333 CONTINENTAL BOULEVARD |

EX. S-3

| INTERNAL ADDRESS | M1-1518 |
|---|---|
| CITY | EL SEGUNDO |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90245 |
| PHONE | 310-252-5912 |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 650 |
| *TOTAL FEE PAID | 650 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /donald b. aiken/ |
| SIGNATORY'S NAME | DONALD AIKEN |
| SIGNATORY'S POSITION | ATTORNEY OF RECORD |
| DATE SIGNED | 04/19/2010 |

EX. S-4

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 85017208
### Filing Date: 04/19/2010

**To the Commissioner for Trademarks:**

**MARK:** iXL (Standard Characters, see mark)
The literal element of the mark consists of iXL.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, MATTEL, INC., a corporation of Delaware, having an address of
   M1-1518,
   333 CONTINENTAL BOULEVARD
   EL SEGUNDO, California 90245
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 009: HANDHELD MOBILE COMPUTER INCORPORATING A MUSIC PLAYER, CAMERA, DIGITAL NOTEBOOK AND ELECTRONIC PHOTO ALBUM; COMPUTER SOFTWARE FOR USE IN READING ELECTRONIC BOOKS, PLAYING COMPUTER GAMES, CREATING AND VIEWING ART, PLAYING MUSIC, WORD PROCESSING, AND CREATING AND VIEWING PHOTO ALBUMS, ALL FOR A HANDHELD MOBILE COMPUTER
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 028: TOYS AND GAMES, NAMELY, HANDHELD GAMES WITH LCD DISPLAY FOR READING ELECTRONIC BOOKS, PLAYING COMPUTER GAMES, CREATING AND VIEWING ART AND PHOTO ALBUMS, PLAYING MUSIC AND WORD PROCESSING
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant hereby appoints DONALD AIKEN and MICHAEL MOORE of MATTEL, INC.
   M1-1518
   333 CONTINENTAL BOULEVARD
   EL SEGUNDO, California 90245
   United States
to submit this application on behalf of the applicant.
  Correspondence Information: DONALD AIKEN
                    MATTEL, INC.
                    M1-1518
                    333 CONTINENTAL BOULEVARD

EX. S-5

EL SEGUNDO, California 90245
310-252-5912(phone)

A fee payment in the amount of $650 has been submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /donald b. aiken/   Date Signed: 04/19/2010
Signatory's Name: DONALD AIKEN
Signatory's Position: ATTORNEY OF RECORD


RAM Sale Number: 1191
RAM Accounting Date: 04/20/2010

Serial Number: 85017208
Internet Transmission Date: Mon Apr 19 14:49:52 EDT 2010
TEAS Stamp: USPTO/BAS-63.100.125.21-2010041914495218
4910-85017208-46015eaf45cb56a87ffac8df2a
fbc8a63-DA-1191-20100419141639249337

TDR Home


This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*

EX. S-6

- ***Questions about USPTO programs***: *Please e-mail USPTO Contact Center (UCC).*

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

**EX. S-7**