# EXHIBIT T



550 South Hope Street
Suite 1100
Los Angeles, CA 90071-2627
www.howrey.com

**Bobby A. Ghajar**
Partner
T 213.892.1840
F 213.892.2300
ghajarb@howrey.com
File 13995.0112.000000

April 23, 2010

**Via U.S. Mail**

Kathryn Wheble, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994

Re:   **Quia Corporation/IXL**

Dear Ms. Wheble:

Thank you for speaking with me and Jim Cady last Friday about your April 7, 2010 letter to Mattel regarding Fisher-Price's iXL product.

We hope that our discussion helped to provide you with additional information on the Fisher-Price iXL handheld electronic device, and to allay any of your client's concerns. As we discussed, the iXL product is a six-in-one smart device for preschoolers that has six applications: a story book, game player, notebook, art studio, music player (e.g. mp3s), and photo album.[1] In discussing the nature of Fisher-Price's product, I referred you to a "Gizmodo" article, one which described the product as an "iPod for kids." Although you indicated that you and your client were aware of a number of press releases describing the product and its functionality, you were not sure whether you had seen the Gizmodo article. For your ease of reference, I have attached a copy.

Based on our discussion, as well as our understanding of your client's IXL online math curriculum (which appears to co-exist with other "IXL" schools and educational courses for children and adults), we firmly believe that the parties' respective products and services may co-exist in the marketplace without conflict or consumer confusion. When I asked you whether your client believed otherwise, you told me that your client didn't have a position on the issue, and that you had written to Fisher-Price because your client was "curious" to learn more about the Fisher-Price iXL product.

---

[1] To better describe its iXL handheld computer product and compatible software, and their respective functionality, Mattel filed a new trademark application for iXL in Classes 9 and 28.

# HOWREY

If my understanding is incorrect or incomplete, or if Quia has any concerns relating to Fisher-Price's iXL product, please let us know immediately. If we do not hear from you by May 5, 2010, we will presume that the foregoing information has satisfied Quia's inquiry, and consider the matter closed.

Sincerely,

Bobby A. Ghajar

BG:mer

Enclosure

# Gizmodo

## Fisher-Price iXL: An iPad For the Kindergarten Crowd



By Kyle VanHemert

87 tweets   Share

Feb 16, 2010 10:00 AM — 8,429 — 42

more about #ixl

**read more:** #wa-oyboys, #ixl, #fisherprice-xl, #fisherprice, #toys, #toyfair, #toyfair2010, #ipad, #kids

add #ixl to my Fusion



Fisher-Price's iXL is a learning tool for young'ns that lets them read interactively, draw, look at pictures and play games—pretty much everything your kids currently do on your iPhone but without you having to worry about jam-hands.

OK, the chunky clam shell gizmo doesn't owe much to the iPad in terms of physical design, but the applications it contains line up pretty closely with those of Apple's tablet. While Apple has evolved past the use of any input devices besides the ones attached to your palms, the iXL is a stylus-based gadget, geared towards three- to six-year-olds.



There are six programs that come loaded on the device: story book, game player, music player, art studio, note book, and photo album. All of them are geared towards learning and interactivity: the story book reads out loud and lights up words as they go along; the note book helps little ones hone their handwriting by providing upper case letters to trace; the art studio offers easy options for drawing with brushes or stamps on a variety of cartoon backgrounds.

Some of the programs are intended for landscape orientation and others portrait, with a little monkey chiming in when the mini-user is supposed to turn it.



All of the programs work snappily and have some neat features, and while they're intuitive to an adult, it still seems like this device offers an awful lot for a four-year-old to get the hang of.

EX. T-4

Adding to the complexity, more officially-licensed programs will be downloadable in months following launch. Those, as well as audio files and pictures, can be loaded via USB or with the built-in SD card slot.

But maybe I'm selling kids short. In any event, if you're hoping to get your kid started on the gadget-obsessed track early, the iXL is a toy to check out. It will be available in October for the nice price of $79.99.

*Toy Fair is the annual event where we get to completely regress back to childhood and check out all of the awesome toys coming out for the rest of the year. And well, [...]*

Send an email to Kyle VanHemert, the author of this post, at [...]@gizmodo.com.

GAWKER    JEZEBEL io9    GIZMODO lifehacker