**\*E-FILED 05-20-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUIA CORPORATION, | No. C10-01902 JF (HRL) |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART JOINT REQUEST FOR ORDER SHORTENING TIME** |
| v. | |
| MATTEL, INC. and FISHER-PRICE, INC., | **[Re: Docket No. 13]** |
| Defendants. | |

The parties jointly request an expedited (telephonic) hearing as to a discovery dispute that has arisen in connection with plaintiff's anticipated motion for temporary restraining order and preliminary injunction. The discovery matter having been referred to the undersigned for disposition, the parties' request for an order shortening time is GRANTED IN PART AND DENIED IN PART as follows:

1. Defendants' motion for expedited limited discovery shall be filed **no later than 4:00 p.m. on May 21, 2010**. Defendants' brief shall not exceed 7 pages. Additionally, defendants shall provide the specific discovery requests that they seek to propound. Under these circumstances, this court expects that whatever limited discovery defendants seek will be narrowly tailored and focused to target the information defendants claim they need.

2. Plaintiff's opposition is due by **noon on May 24, 2010**. Plaintiff's brief shall not exceed 7 pages.

3. To the extent defendants wish to file a reply, their reply brief (not to exceed 3 pages) shall be filed no later than **noon on May 25, 2010**.

4. The parties' request for a telephonic hearing is DENIED. The parties shall appear in person for oral argument on **May 27, 2010, 2:30 p.m. in Courtroom 2**.

SO ORDERED.

Dated:   May 20, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:10-cv-01902-JF Notice has been electronically mailed to:

2 J. Michael Keyes     mike.keyes@klgates.com, rosemary.wood@klgates.com

3 Kathryn Mary Wheble     kwheble@klng.com

4 Robert Nathan Phillips     phillipsr@howrey.com, kalaheled@howrey.com

5 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.