**E-Filed 7/1/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUIA CORPORATION,<br><br>  Plaintiff/Counter-Defendant,<br><br>    v.<br><br>MATTEL, INC. and FISHER-PRICE, INC.,<br><br>  Defendants/Counter-Plaintiffs. | Case Number C 10-1902 JF (HRL)<br><br>ORDER[1] GRANTING REQUEST FOR APPROVAL OF DISCLAIMER FOR ONLINE ADVERTISING<br><br>[RE: Dkt. No. 65] |

On June 15, 2010, the Court denied Plaintiff's motion for preliminary injunction on the condition that Defendants include the following disclaimer on all of their proprietary websites where iXL is and will be offered for sale and in all of their first-party advertising for the iXL and iXL software:

> Fisher-Price's iXL Learning System and related software bear no relationship to IXL, "The Web's #1 Math Practice Site," owned and operated by Quia Corporation and accessible at http://www.ixl.com.

June 15 Order at 18. On June 28, 2010, Defendants filed a notice of compliance and a request

---

[1] This disposition is not designated for publication in the official reports.

Case Number C 10-1902 JF (HRL)
ORDER GRANTING REQUEST FOR APPROVAL OF DISCLAIMER FOR ONLINE ADVERTISING
(JFLC3)

for approval of the following revision of the disclaimer in the Court's order:

> Fisher-Price's iXL Learning System and related software bear no relationship to the IXL Online "Math Practice Site," owned and operated by Quia Corporation and accessible at http://www.ixl.com.

Dkt. No. 65 at 1.  The Court approves of Defendants' revision, particularly in light of the deposition testimony of Plaintiff's president indicating that the characterization of IXL as "The Web's #1 Math Practice Site" is based only on the president's opinion.  *See id.* at 1 (citing Mishkin Depo. 49:6-52:15).

 IT IS SO ORDERED.

DATED: July 1, 2010

                                                _____
JEREMY FOGEL
United States District Judge