**E-Filed 8/20/2010**

1   J. MICHAEL KEYES, (State Bar No. 262281)
    mike.keyes@klgates.com
2   KATHRYN M. WHEBLE (State Bar No. 176109)
    kathryn.wheble@klgates.com
3   K&L GATES LLP
    Four Embarcadero Center, #1200
4   San Francisco, California  94111
    Telephone:  415-882-8200
5   Facsimile:  415-882-8220

6   Attorneys for Plaintiff Quia Corporation

7   Robert N. Phillips (SBN 120970)
    phillipsr@howrey.com
8   Bobby A. Ghajar (SBN 198719)
    ghajarb@howrey.com
9   Peter E. Moll (*Pro Hac Vice*)
    mollp@howrey.com
10  HOWREY LLP
    525 Market Street, Suite 3600
11  San Francisco, CA  94105
    Telephone:  415-848-4900
12  Facsimile:  415-848-4999

13  Attorneys for Defendants
    Mattel, Inc. and Fisher-Price, Inc.

14

## UNITED STATES DISTRICT COURT

15

## NORTHERN DISTRICT OF CALIFORNIA

16

## SAN JOSE DIVISION

17

18  QUIA CORPORATION,  a Delaware
    corporation,
19
                    Plaintiff/Counter-Defendant,
20
            v.
21
22  MATTEL, INC., a Delaware corporation;
    FISHER-PRICE, INC., a Delaware
23  corporation;
24                  Defendants/Counterclaimants.

Case No. CV-10-1902-JF

**[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND CASE
MANAGEMENT CONFERENCE AND
RELATED DEADLINES**

25

26  [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND CASE MANAGEMENT
            CONFERENCE AND RELATED DEADLINES

1

2       Good cause appearing, the Court hereby grants the parties' stipulation to continue the

3   Case Management Conference, and Joint Case Management Statement, ADR certification,

4   and initial disclosure deadlines.  It is Ordered that the Case Management Conference is to be

5   held September 10, 2010 at 10:30 a.m.   The parties shall file a Joint Case Management

6   Conference Statement no later than September 3, 2010.

7       Pursuant to stipulation, it is further Ordered that the parties exchange initial

8   disclosures pursuant to Fed. R. Civ. P. 26(a) and submit their ADR certifications by

9   September 3, 2010.

            8/20/2010
10  DATED:  ~~August 19, 2010~~

11                                           _____

12                                           
                                             District Court Judge Jeremy Fogel

13

14

15

16

17

18

19

20

21

22

23

24

25

26