UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, January 21, 2011     Time: 5 mins
**Case Number:** CV-10-1902-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

**TITLE:**            QUIA CORP. V. MATTEL, INC., ET AL

                 **PLAINTIFF**                                  **DEFENDANT**

**Attorneys Present: Robert Meylan**                      **Attorneys Present: Peter Moll**

PROCEEDINGS:

Further case management conference held. Parties are present. The Court sets the case for jury selection on 7/22/11 at 1:30 p.m., jury trial on 7/25/11 at 9:00 a.m. and pretrial conference on 7/15/11 at 11:00 a.m.