# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| QUIA CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation; FISHER-PRICE, INC., a Delaware corporation, <br><br> Defendants. | CASE NO. CV 10-1902-JF (HRL) <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION AND REQUEST TO MODIFY/ESTABLISH PRE-TRIAL DATES <br><br> Discovery Cut-Off: April 22, 2011 <br> Trial Date: July 22, 2011 <br> Place: Courtroom of the Hon. Jeremy Fogel, Courtroom 3, 5th Floor |

Having reviewed the parties' submission, and good cause appearing, the Court hereby GRANTS the Stipulation and Request to Modify/Establish Pre-Trial Dates. The following schedule is SO ORDERED:

1. Except as stated herein, the discovery cut-off shall remain April 22, 2011. However, in order to accommodate the parties' schedules, the deadline in which to complete depositions of percipient witnesses is extended from April 22, 2011 to May 18. The depositions set forth in the Stipulation shall occur as agreed upon therein.

  2. The deadline to serve expert disclosures and reports pursuant to the Federal Rules of Civil Procedure shall be April 22, 2011;

  3. The deadline to produce rebuttal expert disclosures and reports pursuant to the Federal Rules of Civil Procedure shall be May 13, 2011;

  4. The deadline to file dispositive motions shall be May 27, 2011, or whatever date authorized by the Court upon any future motion regarding time; and

  5. The deadline in which to complete expert discovery shall be June 3, 2011 (and the parties will cooperate in good faith to schedule expert discovery before this deadline).

Dated: April 29, 2011

                 Honorable Jeremy Fogel
                 United States District Court Judge