***E-FILED 05-18-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUIA CORPORATION, | No. C10-01902 JF (HRL) |
| Plaintiff, | |
| v. | **ORDER RE DISCOVERY DISPUTES** |
| MATTEL, INC. and FISHER-PRICE, INC., | |
| Defendants. | |

With respect to any and all future discovery disputes, the parties' attorneys shall meet and confer **in person, face-to-face** about the dispute in a good faith effort to resolve the matter without court intervention. **The meet-and-confer shall be attended by lead counsel for each side**. If lead counsel are not the most familiar with the issues to be discussed, then the attorney(s) who are most knowledgeable shall **also** attend the meeting. If such negotiations, conducted in good faith, fail to resolve the matter, only then may a party file a motion seeking judicial intervention. On any such motion, the moving party must certify compliance with this order. See Civ. L.R. 1-5(n); 37-1(a).

SO ORDERED.

Dated:   May 18, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1. 5:10-cv-01902-JF Notice has been electronically mailed to:
2. Bobby A. Ghajar     bobby.ghajar@pillsburylaw.com, grady.johnson@pillsburylaw.com
3. Kelly Wong Craven     kelly.craven@pillsburylaw.com
4. Mark J. Nagle     mnagle@murphyrosen.com, riwata@murphyrosen.com
5. Peter Edward Moll , Esq     Peter.Moll@cwt.com, Matthew.Penfield@cwt.com
6. Robert L. Meylan     rmeylan@murphyrosen.com, mtapia@murphyrosen.com
7. Shaunt Toros Arevian     sarevian@murphyrosen.com
8. Shaw Pittman     Shaw.Pittman@cwt.com
9. Steven Marc Weinberg     smweinberg@cdas.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.