**\*E-FILED 06-02-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUIA CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>MATTEL, INC. and FISHER-PRICE, INC.,<br><br>    Defendants.<br>_____/ | No. C10-01902 JF (HRL)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL EXPERT DISCOVERY** |

Defendants move to compel expert discovery. This court directed the parties to (1) meet-and-confer in person to resolve their disputes and (2) submit a joint report as to any that remained unresolved. (Docket No. 99, May 17, 2011 Order). Having reviewed the parties' joint report (Docket No. 101), this court grants defendants' motion to compel.

In essence, plaintiff argues that the instant motion should be denied because defendants served their expert subpoenas after the April 22, 2011 fact discovery cutoff. Alternatively, plaintiff suggests that defendants should have specified in the parties' stipulated scheduling order (Docket No. 94) that expert subpoenas could be served during the period for expert discovery, which closes on June 3, 2011. As stated in its May 17, 2011 order, this court does not agree with plaintiff's interpretation of the court's scheduling order. Plaintiff otherwise responds to the instant motion by raising issues concerning fact discovery which (1) are not before this court on the instant motion and (2) have nothing to do with the expert discovery in

question. Defendants say that the subpoenas call for information required to be disclosed by Fed. R. Civ. P. 26. This court is told that plaintiff now agrees to produce that information. As for other requested categories of documents, defendants argue that they pertain to, among other things, issues of expert credibility and possible bias. Plaintiff has made no persuasive argument or showing to the contrary.

Accordingly, to the extent the subpoenaed documents have not already been produced, they shall be produced forthwith, and in any event, no later than 5 days from the date of this order. To the extent any documents legitimately are privileged or otherwise protected from discovery, plaintiff shall produce, within 5 days from the date of this order, a privilege log identifying what documents are being withheld and the basis for the asserted privilege. See FED. R. CIV. P. 26(b)(5). Plaintiff is advised that gamesmanship in the designation of documents as privileged or otherwise protected from discovery will not be countenanced.

This court finds that defendants should have an opportunity to further depose plaintiffs' experts about documents that have yet to be produced or that were not produced sufficiently in advance of plaintiffs' experts' depositions that already have been taken. Such relief, however, is conditioned on the presiding judge's determination that the present case schedule should be modified to allow additional time for defendants to examine plaintiff's experts about those documents.

SO ORDERED.

Dated:   June 2, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-01902-JF Notice has been electronically mailed to:

2  Bobby A. Ghajar    bobby.ghajar@pillsburylaw.com, grady.johnson@pillsburylaw.com

3  Kelly Wong Craven    kelly.craven@pillsburylaw.com

4  Mark J. Nagle    mnagle@murphyrosen.com

5  Peter Edward Moll , Esq    Peter.Moll@cwt.com, Matthew.Penfield@cwt.com

6  Robert L. Meylan    rmeylan@murphyrosen.com, mtapia@murphyrosen.com

7  Shaunt Toros Arevian    sarevian@murphyrosen.com, hcrawford@murphyrosen.com

8  Shaw Pittman    Shaw.Pittman@cwt.com

9  Steven Marc Weinberg    smweinberg@cdas.com

10 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California