**United States District Court**
For the Northern District of California

1

2                                                    *E-FILED 07-12-2011*

3

4

5

6

7                                    NOT FOR CITATION

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11   QUIA CORPORATION,                        No. C10-01902 JF (HRL)

12                Plaintiff,                  **CONDITIONAL ORDER GRANTING IN
                                              PART AND DENYING IN PART
13      v.                                    PLAINTIFF'S MOTION TO COMPEL
                                              DEPOSITION TESTIMONY**
14   MATTEL, INC. and FISHER-PRICE, INC.,
                                              **[Re:  Docket No. 112]**
15                Defendants.
                                        /
16

17          Plaintiff moves to compel deposition testimony concerning the "iXL" trademark

18   applications filed by defendant Mattel, Inc. (Mattel).  Defendants oppose the motion.  The

19   matter was deemed submitted on the papers without oral argument.  Civ. L.R. 7-1(b).  Upon

20   consideration of the moving and responding papers, this court conditionally grants the motion in

21   part and denies it in part as follows:

22          Discovery as to the "iXL" trademark applications is relevant or reasonably calculated to

23   lead to the discovery of admissible evidence.  FED. R. CIV. P. 26(b)(1).  Inasmuch as defendants

24   used the word "adopt" in prior briefing to refer to (among other things) the subject trademark

25   applications, this court finds that plaintiff's original Fed. R. Civ. P. 30(b)(6) deposition notices

26   provided sufficient notice of the subjects of examination.  The court therefore does not reach the

27   issue whether plaintiff's amended deposition notices were timely served.  Plaintiff has not,

28   however, convincingly demonstrated that defendants waived the attorney-client privilege as to

1    the subject matter of the trademark applications.

2        This court is told that defendant Fisher-Price, Inc. (Fisher-Price) was not involved with

3    the trademark applications at issue.  And, although the discovery motion is styled as one to

4    compel testimony from both defendants, the motion itself focuses on Mattel.

5        Accordingly, plaintiff's motion is denied as to Fisher-Price.  But, Mattel should have

6    prepared a designee to testify about the trademark applications.  Any opportunity to further

7    depose Mattel about those applications, however, is conditioned on the presiding judge's

8    determination that the present case schedule should be modified to allow additional time for

9    plaintiff to depose defendant Mattel as to those applications.  In that vein, this court reports that

10   even with the extension to May 18, 2011 to complete certain depositions, the instant motion to

11   compel was not timely filed, albeit only by one day.  Civ. L.R. 37-3.

12       SO ORDERED.

13   Dated:    July 12, 2011

14                                        _____
                                          HOWARD R. LLOYD
15                                        UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1   5:10-cv-01902-JF Notice has been electronically mailed to:

2   Bobby A. Ghajar       bobby.ghajar@pillsburylaw.com, grady.johnson@pillsburylaw.com

3   Kelly Wong Craven     kelly.craven@pillsburylaw.com

4   Mark J. Nagle       mnagle@murphyrosen.com

5   Peter Edward Moll , Esq      Peter.Moll@cwt.com, Matthew.Penfield@cwt.com

6   Robert L. Meylan      rmeylan@murphyrosen.com, mtapia@murphyrosen.com

7   Shaunt Toros Arevian      sarevian@murphyrosen.com, hcrawford@murphyrosen.com

8   Shaw Pittman       Shaw.Pittman@cwt.com

9   Steven Marc Weinberg      smweinberg@holmesweinberg.com, hwtrademarks@gmail.com

10   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California

3