# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**  **TIME:** 4 hours

**JUDGE:** Jeremy Fogel         **COURTROOM DEPUTY**: Snooki Puli

**DATE**: September 19, 2011    **Court Reporter**: Summer Fisher

**CASE NO.** CV-10-1902-RMW Quia Corp. v. Mattel Inc., et al.

    **Plaintiff Attorney:** Robert Meylan/Steven Wineberg - IXL Learning aka Quia Corp.

    **Defendant Attorney:** Bobby Ghajar/Peter Moll - Mattel, Inc. & Fisher-Price

**PROCEEDINGS**:
    Settlement Conference

**RESULTS:**
    Parties reached agreement. Settlement placed on the record and parties are not to disclosed terms of the settlement.

**ORDER TO BE PREPARED BY**: []  Plaintiff  []  Defendant  []  Court

**CASE CONTINUED TO:**

**cc:**